UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

FREIGHTLINER, L.L.C.,

    Petitioner,

    v.    Case No. 05-C-429

CX ROBERSON, INC.,
PFT ROBERSON, INC., and
KEVIN CLEARY,

    Respondents.

## OPINION AND ORDER

On April 14, 2005, Petitioner Freightliner, L.L.C., commenced this proceeding to confirm an arbitration award by filing a document labeled "Application to Confirm Arbitration Award." The Petitioner points out that none of the Respondents have responded to the application and asks the court to enter judgment confirming the award.

The court ORDERS that, if the Petitioner is seeking judgment, it must move for default judgment pursuant to Federal Rule of Civil Procedure 55.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of June, 2005.

    s/Thomas J. Curran
    THOMAS J. CURRAN
    United States District Judge